IN THE UNITED STATES DISTRICT COURT
FOR NEW JERSEY

Frank J. Martone, Esq.
Attorney ID#8629
FRANK J. MARTONE, P.C.
1455 BROAD STREET
BLOOMFIELD, NJ 07003
973-473-3000
Attorneys for Plaintiff

United States of America,

     Plaintiff

vs.

Sunil Khanna; Mrs. Sunil Khanna, his wife; Poonam Khanna; Mr. Khanna, husband of Poonam Khanna; Logiteck Systems, Inc.; Wells Fargo Bank, National Association; Trump's Castle Associates; JPMorgan Chase Bank, National Association; Trump Taj Mahal Associates; American Express Travel Related Services Inc., a NY Corporation; Getty Petroleum Marketing; L&L Consulting Inc.; William P. Hipple, DDS; Earl F. Cubbage, DDS; Citifinancial Service; Hudson & Keyses, on behalf of A/K/A MBNA America; State of New Jersey

     Defendant(s)

Civil Action No.

**Complaint for Foreclosure and Possession**

---

The United States of America, by and through its attorneys, Frank J. Martone, P.C., states the following claims against the defendants:

### PARTIES

1. Plaintiff, the **United States Small Business Administration** ("SBA"), is an agency of the United States of America, (hereinafter referred to as "United States of America" having an office at 200 W. Santa Ana Boulevard, Suite 700, Santa Ana, CA 92701.

2. Defendant, **Sunil Khanna**, is joined as a party defendant to this action because he signed an Unconditional Guarantee for the Note on behalf of **Logiteck Systems, Inc.** and executed a mortgage to secure the payment of the Note.

3. Defendant, **Mrs. Sunil Khanna, his wife**, is named as party defendant in this action for any curtesy/dower or other interest in said premises.

4. Defendant, **Poonam Khanna**, is joined as a party defendant to this action because she signed an Unconditional Guarantee for the Note on behalf of **Logiteck Systems, Inc.** and executed a mortgage to secure the payment of the Note.

5. Defendant, **Mr. Khanna, husband of Poonam Khanna**, is named as party defendant in this action for any curtesy/dower or other interest in said premises.

6. Defendant, **Logitek Systems, Inc.**, is joined as a party defendant because it was the primary borrower on the underlying Note, which is in default.

7. Defendant, **Wells Fargo Bank, National Association**, successor in interest to Wachovia Bank, National Association, herein referred to as "Wells Fargo Bank, National Association", is joined as a party defendant because it holds a subsequent mortgage and a docketed judgment which is further described in paragraph 32a and 32b.

8. Defendant, **Trump's Castle Associates**, is joined as a party defendant for any lien, claim, or interest it may have in, to, or on the mortgaged premises by virtue of the docketed judgment further described in paragraph 32c.

9. Defendant, **JPMorgan Chase Bank, National Association**; is joined as a party defendant for any lien, claim, or interest it may have in, to, or on the mortgaged premises by virtue of the docketed judgment further described in paragraph 32d.

10. Defendant, **Trump Taj Mahal Associates**, is joined as a party defendant for any lien, claim, or interest it may have in, to, or on the mortgaged premises by virtue of the docketed judgment further described in paragraph 32e.

11. Defendant, **American Express Travel Related Services Inc., a NY Corporation**, is joined as a party defendant for any lien, claim, or interest it may have in, to, or on the mortgaged premises by virtue of the docketed judgment further described in paragraph 32f.

12. Defendant, **Getty Petroleum Marketing**, is joined as a party defendant for any lien, claim, or interest it may have in, to, or on the mortgaged premises by virtue of the docketed judgment further described in paragraph 32g.

13. Defendant, **L&L Consulting Inc.**, is joined as a party defendant for any lien, claim, or interest it may have in, to, or on the mortgaged premises by virtue of the docketed judgment further described in paragraph 32h.

14. Defendants, **William P. Hipple, DDS. And Earl F. Cubbage, DDS.**, are joined as a party defendants for any lien, claim, or interest it may have in, to, or on the mortgaged premises by virtue of the docketed judgment further described in paragraph 32i.

15. Defendant, **Citifinancial Service**, is joined as a party defendant for any lien, claim, or interest it may have in, to, or on the mortgaged premises by virtue of the docketed judgments further described in paragraph 32j and paragraph 32k.

16. Defendant, **Hudson and Keyses, on behalf of A/K/A MBNA America**, is made a party defendant for any lien, claim, or interest it may have in, to, or on the mortgaged premises by virtue of the docketed judgment further described in paragraph 32l.

17. Defendant, **State of New Jersey**, is made a party defendant for any lien, claim, or interest it may have in, to, or on the mortgaged premises by virtue of the docketed judgments further described in paragraph 32m, 32m-1, 32m-2 and 32m-3.

## JURISDICTION AND VENUE

18. Jurisdiction is based on 28 U.S.C. §1345, which provides that the district courts shall have original jurisdiction of all civil actions, suits or proceedings commenced by the United States, or by any agency or officer, and upon 12 U.S.C. 1715 *et seq*.

19. Venue is proper in this district under 28 U.S.C. §1391 and §1396 as the transaction which is the subject matter of this Complaint took place entirely in this district, and the real estate which is the subject of this transaction is located in this district.

## FACTS

20. On February 20, 2002, **Logitek Systems, Inc.**, by its President and Secretary, **Sunil Khanna**, executed and delivered to the U.S. Small Business Administration, a Fixed Rate Note, in the

amount of $200,000.00 plus interest in the amount of 4.00%, attached hereto as Exhibit A, incorporated herein and made a part hereof. (Note).

21. Simultaneously with the execution and delivery of the Note, the Guarantors, **Sunil Khanna and Poonam Khanna**, each gave an Unconditional Guarantee to the U.S. Small Business Administration, attached hereto as Exhibit B and Exhibit C respectfully, incorporated herein and made a part hereof. (Unconditional Guarantees).

22. Simultaneously with the execution and delivery of the Note and Unconditional Guarantees, and in order to secure the payment of said Note, the mortgagors, **Sunil Khanna and Poonam Khanna**, executed and delivered to the Administrator of the Small Business Administration, and agency of the Government of the United States of America, a Mortgage in the amount of $200,000.00, a copy of which is attached hereto as Exhibit D., incorporated herein and made a part hereof (Mortgage). Said Mortgage was duly recorded on March 13, 2002 in Book 06788, at Page 0120, in the Clerk's Office of the County of MERCER in the State of New Jersey. Said real estate is within the jurisdictional limits of the Court. **Said mortgage was not a purchase money mortgage.**

23. The mortgaged premises are described as follows:

All that certain tract or parcel of land and premises situate in the Township of WEST WINDSOR, County of MERCER and State of New Jersey being more particularly described as follows:

See attached **Exhibit E**.

Tax Lot 3, Block 27.08, commonly known as **1 ERIC COURT, WEST WINDSOR TOWNSHIP, NEW JERSEY 08550** with a mailing address of **1 ERIC COURT, PRINCETON JUNCTION, NEW JERSEY 08550**.

The filed map description contained in Exhibit E attached hereto is the same description contained in the recorded mortgage referenced in Paragraph 22, above.

24. Said Note further provided that, in addition to the foregoing installments of principal and interest, the obligors promised to make monthly payments in the amounts and to be applied in the manner set forth in the mortgage securing the Note.

25. Said Note and Mortgage contained an agreement that, should any default be made in the payment of any monthly installment on account of principal and interest, or any part thereof, if any of the other payments to be made by the mortgagor under the provisions of the mortgage securing the Note when due as provided in the Note or in the mortgage, the entire indebtedness secured shall immediately because due, payable.

26. Said Note and Mortgage contained an agreement that if any of the installments of taxes, assessments, water rents, charges, impositions or liens, levied upon the premises should remain in default, the mortgagee may pay the same, and such amount paid shall be a lien on said lands, added to the amount of the mortgage debt and secured by this mortgage.

27. During the course of this action, the plaintiff may be obligated to make advances for the payment of taxes, insurance premiums, and necessary expenses and curative payments to preserve the security, and such sums advanced under the terms of the Note, together with interest, are to be added to the amount due on the mortgage debt and secured by the plaintiff's mortgage.

28. The Defendants, **Logiteck Systems, Inc., Sunil Khanna and Poonam Khanna**, are indebted to the United States of America on behalf of the U.S. Small Business Administration and there remains due the following sums to the Plaintiff.

| | | |
|---|---|---|
| Loan | $200,000.00 | |
| Care and Preservation of Collateral | $        0.00 | |
| Recoverable Expenses | $   1,740.00 | |
| Total Amount Disbursed | | $201,740.00 |
| Less: Repayments | | $          0.00 |
| Current Balance | | $201,740.00 |
| Add: Accrued Interest &/or Purchased Interest | | $  89,858.92 |
| Total Charges Outstanding | | $291,598.92 |
| Less: Escrow Balance | | $          0.00 |
| **Total Indebtedness as of 4/19/2016** | = | **$291,598.92** |
| Daily interest accrual on current balance | | $       22.11 |
| Date of Last Transaction | | 08/14/2012 |

(See Certified Statement of Account, attached hereto as <u>Exhibit F</u>, incorporated herein and made a part hereof as if fully written herein.)

5

29. On **August 16, 2012**, an installment payment became due and payable on plaintiffs mortgage and has not been paid. Plaintiff has elected that the whole of the unpaid principal and interest shall now be due.

30. The date of default **is August 16, 2012**.

31. Demand for payment of all sums due under the Note and Mortgage was made, and payment has not been paid.

32. The following instruments or liens of record in the Office of the Register of MERCER County, New Jersey which affect or may affect the premises described herein all of which instruments or liens are subordinate to the lien of the mortgage set forth above:

32(a) **Wells Fargo Bank, National Association**, successor in interest to Wachovia Bank, National Association, herein referred to as "Wells Fargo Bank, National Association", is joined as a party defendant because it holds a mortgage which was executed by the defendants, Poonam Khanna and Sunil Khanna, dated May 23, 2003, recorded August 4, 2003, in Book 8244, Page 622, in the amount of $700,000.00.

32(b) **Wells Fargo Bank, National Association**, successor in interest to Wachovia Bank, National Association, herein referred to as "Wells Fargo Bank, National Association", is the holder of the following docketed JUDGMENT:

```
                        SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-116458-2007          CASE NUMBER: L   003497   06
DATE ENTERED: 05/04/07     DATE SIGNED: 04/19/07
TYPE OF ACTION: CONTRACT
VENUE: BURLINGTON
                                         DEBT:  $    23,628.58
                                         COSTS: $       240.00
CREDITOR(S):
    WACHOVIA BANK NA
        F/K/A
    FIRST UNION NATIONAL BANK
        ATTORNEY: BEGLEY & GASKILL
                  OLDE TOWN HALL
                  40 E MAIN ST
DEBTOR(S):
    SUNIL KHANNA
    POONAM KHANNA
        1 ERIC CT, PRINCETON JUNCTION, NJ 08550
                        -----------------
                    *** End of Abstract ***
```

32(c)   **Trump's Castle Associates** is the holder of the following docketed JUDGMENT:

```
                        SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-080026-2005                 CASE NUMBER: L   003890  04
DATE ENTERED: 04/01/05      DATE SIGNED: 03/07/05
TYPE OF ACTION: BOOK ACC
VENUE: ATLANTIC
                                               DEBT: $       5,076.44
 CREDITOR(S):
   TRUMP'S CASTLE ASSOCIATES
        ATTORNEY: SLATER TENAGLIA FRITZ ET AL
                  301 THIRD STREET
                  OCEAN CITY NJ 08226
 DEBTOR(S):
    SUNIL KHANNA
        1 ERIC CT, PRINCETON JUNCTION, NJ 08550
    PLUS SCP COSTS
                              ----------------
                        *** End of Abstract ***
```

32(d)   **JPMorgan Chase Bank, National Association** is the holder of the following docketed

JUDGMENT:

```
                        SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-141290-2005                 CASE NUMBER: L   000175  05
DATE ENTERED: 06/07/05      DATE SIGNED: 05/13/05
TYPE OF ACTION: CONTRACT
VENUE: MERCER
                                               DEBT: $      19,833.01
 CREDITOR(S):
    JPMORGAN CHASE BANK
           A/K/A
    JP MORGAN CHASE BANK, N.A.
           F/K/A
    THE CHASE MANHATTAN BANK
        ATTORNEY: OLSHAN GRUNDMAN FROME ET AL
                  2001 ROUTE 46, SUITE 202
                  PARSIPPANY NJ 07054
 DEBTOR(S):
    SUNIL KHANNA
    LOGITECK SYSTEMS INC
         1 ERIC CT, PRINCETON JUNCTION, NJ 08850
    PLUS COSTS J&S
                              ------------------
                        *** End of Abstract ***
```

32(e)   **Trump Taj Mahal Associates** is the holder of the following docketed JUDGMENT:

```
                         SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-185936-2005                    CASE NUMBER: L   001736  05
DATE ENTERED: 07/19/05      DATE SIGNED: 06/24/05
TYPE OF ACTION: BOOK ACC
VENUE: ATLANTIC
                                                  DEBT: $       7,575.42
  CREDITOR(S):
      TRUMP TAJ MAHAL ASSOCIATES
            A/K/A
      TRUMP TAJ MAHAL ASSOCIATES LP
            T/A
      TRUMP TAJ MAHAL CASINO RESORT
            ATTORNEY: SLATER TENAGLIA FRITZ, ET AL
                     301 THIRD ST
                     OCEAN CITY NJ 08226
  DEBTOR(S):
      SUNNIL KHANNA
          (No Address)
    PLUS SCP COSTS
                              ----------------
                           *** End of Abstract ***
```

32(f)   **American Express Travel Related Services Inc., a NY Corporation** is the holder of following docketed JUDGMENT:

```
                         SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-051271-2007                    CASE NUMBER: L   002145  06
DATE ENTERED: 02/23/07      DATE SIGNED: 12/14/06
TYPE OF ACTION: CONTRACT
VENUE: MERCER
                                                  DEBT:  $     16,193.12
                                                  COSTS: $        268.50
  CREDITOR(S):
      AMERICAN EXPRESS TRAVEL RELATED SERVICES INC ,A NY CORPORATION
            ATTORNEY: FARR BURKE GAMBACORTA, ET AL
                     1000 ATRIUM WAY
                     SUITE 401
                     MOUNT LAUREL NJ 08054
                     856-813-2720
  DEBTOR(S):
      SUNIL KHANNA
          1 ERIC CT, PRINCETON JUNCTION, NJ 08550
                              ----------------
                           *** End of Abstract ***
```

32(g)   **Getty Petroleum Marketing** is the holder of the following docketed JUDGMENT:

```
                       SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-311984-2007              CASE NUMBER: L   001119  07
DATE ENTERED: 12/19/07      DATE SIGNED: 10/01/07
TYPE OF ACTION: BOOK ACC
VENUE: MERCER
                                                   DEBT:  $     47,819.10
                                                   COSTS: $        240.00
CREDITOR(S):
    GETTY PETROLEUM MARKETING
          ATTORNEY: MARINO & MAYERS LLC
                    MARINO PLAZA I
                    75 KINGSLAND AVE - STE 3
                    CLIFTON NJ 07014-2034
                    973-473-8000
DEBTOR(S):
    SUNIL KHANNA ,INDIVIDUALLY
        (No Address)
        D/B/A
    ALLIANCE SERVICE CENTER
        (No Address)
    ALLIANCE SERVICE CENTER INC
        (No Address)
                       ----------------
                       *** End of Abstract ***
```

32(h)   **L&L Consulting Inc.** is the holder of the following docketed judgment:

```
                       SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-209850-2011              CASE NUMBER: L   002323  11
DATE ENTERED: 07/21/11      DATE SIGNED: 06/20/11
TYPE OF ACTION: CONTRACT
VENUE: MIDDLESEX
                                                   DEBT:  $     92,160.00
                                                   COSTS: $        288.50
CREDITOR(S):
    L&L CONSULTING INC
          ATTORNEY: PHILIP R KAUFMAN
                    54 WOODBRIDGE AVE
                    HIGHLAND PARK NJ 08904
                    732-777-5100
DEBTOR(S):
    SUNIL KHANNA
        (No Address)
    PIONEER TECHNOLOGIES INC
        (No Address)
  J&S
                       ----------------
                       *** End of Abstract ***
```

32(i)   **William P. Hipple, DDS. and Earl F. Cubbage, DDS.** are the holders of the following docketed judgment:

```
                           SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-224910-2005          CASE NUMBER: DC  001605  05
DATE DOCKETED: 08/25/05         DATE OF JUDGMENT IN S.C.P.: 05/19/05
TYPE OF ACTION: CONTRC-REG
VENUE: MERCER
                                               DEBT:  $      2,298.35
                                               COSTS: $         96.97
                                               INT:   $          4.00
                                               DCKG:  $         10.00
CREDITOR(S):
    WILLIAM P HIPPLE ,DDS
    EARL F CUBBAGE ,DDS
           3100 PRINCETON PIKE
           LAWRENCEVILLE, NJ 08648
        ATTORNEY: PRESSLER & PRESSLER
                 16 WING DR   2ND FL
                 CEDAR KNOLLS NJ 07927
DEBTOR(S):
    SUNIL KHANNA
           1 ERIC CT, PRINCETON JUNCTION, NJ 08550
        ATTORNEY: PRO SE
                 -----------------
                 *** End of Abstract ***
```

32(j)   **Citifinancial Service** is the holder of the following docketed judgment:

```
                           SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-045664-2006          CASE NUMBER: DC  007541  05
DATE DOCKETED: 02/21/06         DATE OF JUDGMENT IN S.C.P.: 12/12/05
TYPE OF ACTION: CONTRC-REG
VENUE: MERCER
                                               DEBT:  $     12,411.70
                                               COSTS: $        319.23
                                               INT:   $         24.37
                                               DCKG:  $         10.00
CREDITOR(S):
    CITIFINANCIAL SERVICE
        ATTORNEY: HOWARD W SMITH
                 1670 WHITE HORSE HAMILTON SQUARE RD
                 PO BOX 9972
                 TRENTON NJ 08650
                 609-890-2501
DEBTOR(S):
    SUNIL KHANNA
           1 ERIC CT, PRINCETON JUNCTION, NJ 08550
        ATTORNEY: PRO SE
                 -----------------
                 *** End of Abstract ***
```

32(k)  **Citifinancial Service** is also the holder of the following docketed judgment:

```
                      SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-159946-2007              CASE NUMBER: DC  000436  07
DATE DOCKETED: 06/07/07         DATE OF JUDGMENT IN S.C.P.: 03/12/07
TYPE OF ACTION: CONTRC-REG
VENUE: MERCER
                                                  DEBT:  $     12,330.87
                                                  COSTS: $        317.62
                                                  INT:   $         67.92
                                                  DCKG:  $         10.00
CREDITOR(S):
     CITIFINANCIAL SERV
          ATTORNEY: HOWARD W SMITH
                    1670 WHITE HORSE HAMITLON SQ RD
                    PO BOX 9972
                    TRENTON NJ 08650
DEBTOR(S):
     POONAM KHANNA
                1 ERIC CT, PRINCETON JCT, NJ 08550
          ATTORNEY: PRO SE
                         ----------------
                      *** End of Abstract ***
```

32(L)  **Hudson and Keyses, on behalf of A/K/A MBNA America** is the holder of the following docketed judgment:

```
                      SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-292138-2007              CASE NUMBER: DC  008083  07
DATE DOCKETED: 11/16/07         DATE OF JUDGMENT IN S.C.P.: 10/18/07
TYPE OF ACTION: CONTRC-REG
VENUE: MERCER
                                                  DEBT:  $      6,042.53
                                                  COSTS: $        191.85
                                                  INT:   $          9.57
                                                  DCKG:  $         10.00
CREDITOR(S):
     HUDSON & KEYSES ,ON BEHALF OF
          A/K/A
     MBNA AMERICA
          ATTORNEY: MARK S CARTER
                    79 MAIN ST
                    HACKENSACK NJ 07061
DEBTOR(S):
     SUNIL KHANNA
                1 ERIC CT, PRINCETON JCT, NJ 08550
          ATTORNEY: PRO SE
                         ----------------
                      *** End of Abstract ***
```

32(M) **State of New Jersey** is the holder of the following docketed judgments:

```
                         SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-006212-2004
DATE DOCKETED: 01/15/04
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                                  DEBT: $      4,468.95
 CREDITOR(S):
      STATE OF NEW JERSEY
           ATTORNEY: PRO SE
 DEBTOR(S):
      SUNIL KHANNA , SSN#:XXX-XX-7326
                 1 ERIC CT, PRINCETON JUNCTION, NJ 08550-2255
           ATTORNEY: PRO SE
           D/B/A
      ALLIANCE SERVICE CENTER INC
         (No Address)
                          ----------------
   DEBT CERTIFIED TO SUPERIOR COURT CLERK BY DIRECTOR
   OF THE DIVISION OF TAXATION FOR FAILURE TO PAY.
                      *** End of Abstract ***
```

**32(M-1)**

```
                         SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-217496-2009
DATE DOCKETED: 09/10/09
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                                  DEBT: $     42,458.58
 CREDITOR(S):
      DIV OF TAXATION ,TAX ID NUMBER = I******415000
           ATTORNEY: PRO SE
 DEBTOR(S):
      POONAM KHANNA ,PRO SE, SSN#:XXX-XX-X415
                 1 ERIC CT, PRINCETON JUNCTI, NJ 08550-2255
           ATTORNEY: PRO SE
                          ----------------
                      *** End of Abstract ***
```

**32(M-2)**

```
                         SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-217497-2009
DATE DOCKETED: 09/10/09
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                                  DEBT: $     42,458.58
 CREDITOR(S):
      DIV OF TAXATION ,TAX ID NUMBER = I******326000
           ATTORNEY: PRO SE
 DEBTOR(S):
      SUNIL KHANNA ,PRO SE, SSN#:XXX-XX-X326
                 1 ERIC CT, PRINCETON JUNCTI, NJ 08550-2255
           ATTORNEY: PRO SE
                          ----------------
                      *** End of Abstract ***
```

**32(M-3)**

```
                         SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-191269-2011               CASE NUMBER: GE 229-0111 SO,
DATE DOCKETED: 06/30/11
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                              DEBT: $      10,773.00
                                              OTH:  $       3,077.30
CREDITOR(S):
    STATE OF NEW JERSEY
DEBTOR(S):
    PIONEER TECHNOLOGIES INC
        (No Address)
    SUNIL KHANNA ,  PRES & IND
              PO BOX 955
              WEST WINDSOR, NJ 08550
              ----------------
DEBT CERTIFIED TO THE CLERK OF THE SUPERIOR COURT BY THE
DEPARTMENT OF LABOR, DIVISION OF WAGE AND HOUR COMPLIANCE.
                    *** End of Abstract ***
```

33.     The Plaintiff is also the holder of the following Federal Tax Liens, which is listed below only for information.

33(a)   Department of the Treasury – Internal Revenue Service vs. Sunil Khanna, dated October 13, 2006, recorded October 30, 2006, in Lien Book 174, Page 159, in the amount $9,017.88, plus interest and penalty.

33(b)   Department of the Treasury – Internal Revenue Service vs. Sunil and Poonam Khanna, dated October 20, 2006, recorded November 3, 2006, in Lien Book 174, Page 207 in the amount of $18,538.41, plus interest and penalty.

33(c)   Department of the Treasury – Internal Revenue Service vs. Sunil and Poonam Khanna, dated January 5, 2007, recorded January 31, 2007, in Lien Book 176, Page 205 in the amount of $59,622.77, plus interest and penalty.

33(d)   Department of the Treasury – Internal Revenue Service vs. Sunil and Poonam Khanna, dated April 12, 2011, recorded April 20, 2011, in Lien Book 214, Page 291 in the amount of $15,802.02 plus interest and penalty.

33(e) Department of the Treasury – Internal Revenue Service vs. Sunil and Poonam Khanna, dated March 10, 2015, recorded March 18, 2015, in Lien Book 223, Page 989 in the amount of $15,934.39 plus interest and penalty, which is listed here only for information.

34. Any interest or lien which any of the defendants herein has or claims to have in or upon the said mortgaged premises or some part thereof is subject to the lien of plaintiff's mortgage.

## COUNT ONE

### Foreclosure on the Mortgaged Premises

35. Plaintiff repeats the allegations contained in Paragraphs 1 through 34 of the Complaint and makes same as part hereof as if repeated at length.

36. As a result of **Logiteck Systems, Inc., Sunil Khanna and Poonam Khanna**'s default under the Note, Guarantee and Mortgage, Plaintiff is entitled to immediate payment of the entire unpaid balance due and owing under the loan documents, with interest accruing on such at the rate provided for under the mortgage, together with reasonable attorneys' fees and other charges as provided for under the mortgage.

WHEREFORE, plaintiff prays for judgment as follows:

(a) Fixing the amount due on its mortgage.

(b) Barring and foreclosing the defendants and each of them of all equity of redemption in and to said lands.

(c) Directing that the plaintiff be paid the amount due on its mortgage with interest and costs.

(d) Adjudging that said lands be sold according to law to satisfy the amount due plaintiff.

(e) Appointing a receiver of rents, issues and profits of said lands.

(f) Such other and further relief as the Court deems just and equitable.

## SECOND COUNT

### Possession of Mortgaged Premises

37. Plaintiff repeats any and all allegations of Paragraphs 1 through 36 of the Complaint and makes same a part hereof as if repeated at length.

38. By reason of the default in the terms of the mortgage referred to in the First Count of the Complaint, and by reason of the terms of the mortgage, plaintiff is entitled to possession of the premises described herein.

39. Defendants, **Sunil Khanna; Mrs. Sunil Khanna, his wife; Poonam Khanna and Mr. Khanna, husband of Poonam Khanna**; are now in possession of the premises described herein and have at all times deprived plaintiff of possession of said premises.

WHEREFORE, plaintiff prays for judgment as follows:

(a) That plaintiff or the purchaser at the foreclosure sale recovers possession of the mortgaged premises against said defendants or anyone holding under them.

(b) Damages for mesne profits.

(c) Costs.

(d) Such other and further relief as the Court deems just and equitable.

### DESIGNATION OF TRIAL COUNSEL

Frank J. Martone, Esq. is hereby designated as trial counsel for the Plaintiff, the UNITED STATES OF AMERICA.

### CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2

The undersigned attorney certifies that there are no other actions pending or contemplated at this time related to the subject matter of this action.

### CERTIFICATION PURSUANT TO R. 4:5-1 AND R. 4:64-1

In accordance with Rule 4:5-1, I hereby certify that the matter in controversy is not the subject of any action pending arbitration proceeding. There is no other action or arbitration proceeding contemplated, nor is there any other party who should be joined in this action.

In accordance with Rule 4:64-1(a), I hereby further certify that a title search of the public record has been received and reviewed for the purpose of identifying any lien holders and/or other person and entities with an interest in the property that is subject to foreclosure. The effective date of the title search is December 2, 2015.

**CERTIFICATION OF DILIGENT INQUIRY TO BE ANNEXED TO RESIDENTIAL MORTGAGE FORECLOSURE COMPLAINTS PURSUANT TO RULE 1:5-6(c)(1)(E) AND RULES 4:64-1(a)(2) and (3)**

I, Frank J. Martone, Esq., of full age, hereby certifies and says:

1. I communicated by e-mail with the following named employee(s) of the U.S. Small Business Administration, who stated that he/she personally reviewed the documents submitted to the Court and that he/she confirmed their accuracy.

2. The name, title and responsibilities of the plaintiff's employee(s) with whom I communicated are: Hannah Nguyen, Loan Specialist, who is responsible for reviewing and executing loan documents.

3. Based on my communication with the above-named employee(s) of plaintiff, as well as my own inspection of the loan information supplied by plaintiff and other diligent inquiry, I execute this certification to comply with the requirements of Rule 1:4-8(a), 1:5-6(c)(1)(E), and 4:64-1(a)(2) and (3).

4. I am aware that I have continuing obligation under Rule 1:4-8 to amend this certification if a reasonable opportunity for further investigation or discovery indicates insufficient evidentiary support for any factual assertions proffered by plaintiff in any court filings or documents in this case.

Respectfully submitted this 2nd day of May, 2016

By: /s/ Frank J. Martone
Frank J. Martone, Esq.
Attorney for Plaintiff
Frank J. Martone, P.C.
1455 Broad Street
Bloomfield, NJ 07003
973-473-3000
973-473-3243 – Fax
fjm@martonelaw.com

## NOTICE REQUIRED BY THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. SECTION 1601, AS AMENDED

1. The amount of the debt is stated in paragraph 28 of the complaint attached hereto.

2. The plaintiff who is names in the attached summons and complaint is the creditor to who the debt is owed.

3. The debt described in the complaint attached hereto will be assumed to be valid by the creditor's law firm, unless the debtors, within thirty days after receipt of this notice, disputes, in writing, the validity of the debt or some portion thereof.

4. If the debtor notifies the creditor's law firm in writing within thirty days of the receipt of this notice that the debt or any portion thereof is disputed, the creditor's law firm will obtain verification of the debt and a copy of the verification will be mailed to the debtor by the creditor's law firm.

5. If the creditor who is named as plaintiff in the attached summons and complaint is not the original creditor, and if the debtor makes written request to the creditor's law firm within thirty days from the receipt of this notice, the name and address of the original creditor will be mailed to the debtor by the creditor's law firm.

6. Written request should be addressed to Fair Debt Collection Clerk, Law Office of Frank J. Martone, P.C., 1455 Broad Street, Bloomfield, NJ 07003.

**THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**